# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **Paul Garret Ashley**        Case Number: **2:05CR-190**

Name of Sentencing Judicial Officer: **The Honorable James L. Graham**, **United States District Judge**

| | |
|---|---|
| Date of Original Sentence: | **April 14, 2006 (Amended 4/18/06).** |
| Original Offense: | **Counts 1 and 3: Conspiracy to Commit Damage Without Authorization to a Protected Computer, Title 18 U.S.C. §371, a Class D Felony; Counts 2 and 4: Fraud and Related Activity in Connection with Computers, Title 18 U.S.C. §§1030(a)(5)(A)(i) and 2, a Class C Felony.** |
| Original Sentence: | **24 months custody on Counts 1-4, to run concurrently, 3 years supervised release on each count to run concurrently, with the special condition pay restitution in the amount of $299,946.00.** |

Type of Supervision: **Supervised Release**      Date Supervision Commenced: **March 10, 2008**

Assistant U.S. Attorney: **Deborah Solove and James M. Aquilina**      Defense Attorney: **Richard Cline**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **The defendant shall make restitution in the amount of $299,946.00.** |

Throughout his term of supervision, Mr. Ashley has consistently made payments towards the court ordered restitution obligation. To date, he has paid a total of $3,425.00. This leaves an outstanding balance of $296,521.00.

U.S. Probation Officer Action:

**Mr. Ashley has been supervised in the Southern District of Florida since the beginning of his term of supervision. Initially, Mr. Ashley was instructed to pay $75.00 per month towards his restitution obligation. In May 2009, his restitution payment was increased to $100.00 per month. During the term of supervision, Mr. Ashley made restitution payments as directed and disclosed all requested financial documents. Mr. Ashley was ordered to pay restitution in the amount of $299,946. The victims in this case are Rapid Satelite, Weaknees, Expert Satellite and Speedera Networks, Inc.**

**Mr. Ashley is employed as a computer technician with Digital Management Partners. His current monthly income is approximately $3,000. Mr. Ashley has maintained a stable residence and employment during the period of supervision.**

PROB 12A
(12/98)

2

The Financial Litigation Unit of the United States Attorney's Office has been notified that Mr. Ashley's term of supervised release is scheduled to expire on March 9, 2011. Mr. Ashley is aware that he is liable to pay the restitution for 20 years from the date of sentencing. He has agreed to continue making restitution payments in the amount of $100 per month following the term of supervised release.

Considering his compliance with the standard and special conditions of supervision, it is the Probation Department's recommendation that Paul Garrett Ashley's term of probation be permitted to expire as scheduled on March 9, 2011. Should there be any questions regarding this matter, this officer will make every effort to be available at Your Honor's convenience.

|  | Respectfully submitted, |  | Approved, |
|---|---|---|---|
| by | *David W. Walden* | by | *Beth Harris* |
|  | David W. Walden |  | Beth A. Harris |
|  | U. S. Probation Officer |  | Supervising U. S. Probation Officer |
|  | Date: January 27, 2011 |  | Date: January 27, 2011 |

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*Signature*
Signature of Judicial Officer

1-31-11
Date